UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA, AMERICAN STATES INSURANCE COMPANY and SAFECO INSURANCE COMPANY OF AMERICA,<br>           Plaintiffs<br><br>v.<br><br>RPS PRODUCTS, INC. and THE HOLMES GROUP, INC.,<br>           Defendants | CIVIL ACTION NO. 04-40139 FDS |

## NOTICE OF VOLUNTARY DISMISSAL

Now come the plaintiffs, General Insurance Company of American, American States Insurance Company and Safety Insurance Company of America, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and notice the voluntary dismissal of the above action, without prejudice.

GENERAL INSURANCE COMPANY OF
AMERICA, AMERICAN STATES
INSURANCE COMPANY and SAFECO
INSURANCE COMPANY OF AMERICA

By their attorneys,

MORRISON MAHONEY LLP

_/s/ Kevin Truland_
Kevin Truland, BBO #503340
250 Summer Street
Boston, MA 02210-1181
Tel. (617) 737-8813